THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v MICHAEL HALL, Respondent-Appellant.

Submitted October 12, 2010; decided October 14, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent-appellant on the appeal herein.